B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

IN RE:  **Jason M. Crouch**                                             CASE NO   **9:15-bk-08723**
**Carlene D. Crouch**

CHAPTER   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate.  (Part A must be fully completed for EACH debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

Property No.   1

**Creditor's Name:**
Capital One Auto Finance
PO Box 390907
Minneapolis MN 55439
2196

**Describe Property Securing Debt:**
2011 Honda Accord  Sedan EX, 24,000 miles

Property will be (check one):
- [ ] Surrendered
- [x] Retained

If retaining the property, I intend to (check at least one):
- [ ] Redeem the property
- [x] Reaffirm the debt
- [ ] Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- [ ] Claimed as exempt
- [ ] Not claimed as exempt

---

Property No.   2

**Creditor's Name:**
CarMax Auto Finance
PO Box 3174
Milwaukee WI 53201
0167

**Describe Property Securing Debt:**
2010 Landrover LR2, 45,000 miles

Property will be (check one):
- [ ] Surrendered
- [x] Retained

If retaining the property, I intend to (check at least one):
- [ ] Redeem the property
- [x] Reaffirm the debt
- [ ] Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- [ ] Claimed as exempt
- [ ] Not claimed as exempt

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

IN RE: **Jason M. Crouch**
**Carlene D. Crouch**

CASE NO **9:15-bk-08723**

CHAPTER **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*Continuation Sheet No. 1*

PART B -- Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>Lincoln Properties<br>2602 Fountain View Circle<br>Naples FL 34109 | **Describe Leased Property:**<br>Residential real property | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☐     NO ☑ |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **6/13/2016**        Signature **/s/ Jason M. Crouch**
                                     *Jason M. Crouch*

Date **6/13/2016**        Signature **/s/ Carlene D. Crouch**
                                     *Carlene D. Crouch*